Robert DENT, Plaintiff-Appellant,

v.

Colin OTTEY, MD, Regional Medical Director, Defendant-Appellee,

and

Wexford Health Sources, Incorporated; Gilmore Janice, Supervisor Medical Provider; Robustiano Barrera, Medical Provider; Peggy Mahler, Medical Provider, Defendants

No. 17-6396

United States Court of Appeals, Fourth Circuit.

Submitted: September 11, 2017

Decided: October 3, 2017

Robert Dent, Appellant Pro Se. Douglas Conrad Meister, Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale, Maryland, for Appellee.

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Dent appeals the district court's order granting summary judgment in fa-

vor of Defendant Colin Ottey as to Dent's 42 U.S.C. § 1983 (2012) claim of deliberate indifference to his medical needs.* We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Dent v. Ottey*, No. 8:15-cv-00206-CCB, 2017 WL 930126 (D. Md. Mar. 9, 2017); *see also Harrods Ltd. v. Sixty Internet Domain Names*, 302 F.3d 214, 244-45 (4th Cir. 2002) (discussing requirements to preserve claim that summary judgment was granted prematurely). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*